```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                       EASTERN DIVISION
```

LINDA RABON
and MICHAEL RABON

vs.                              NO. 2:05CV00007 SWW

NEW HAMPSHIRE INN, INC.

**JUDGMENT ON JURY VERDICT**

     This action came on for trial March 6, 2006, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 7, 2006.

     IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that plaintiff Linda Rabon have and recover of and from defendant New Hampshire Inn, Inc., damages in the amount of $44,621.79, together with interest from this date until paid at the rate of 4.74% per annum as provided by law.

     IT IS FURTHER ORDERED that plaintiff Michael Rabon have and recover of and from defendant New Hampshire Inn, Inc., damages in the amount of $2,000.00, together with interest from this date until paid at the rate of 4.74% per annum as provided by law.

     IT IS SO ORDERED this 9th day of March, 2006.

                                                    /s/Susan Webber Wright

                                                  UNITED STATES DISTRICT JUDGE